**Opinion issued August 19, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00618-CV

———————————

## IN RE TENDAI ESCOBAR, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Tendai Escobar, has filed a petition for writ of mandamus, requesting that we compel the trial court to issue a writ of habeas corpus for the return of her children in a custody case.[1]

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.

---

[1] The underlying case is *Tendai Escobar v. Jason Moises Escobar*, cause number, 2024-86868B pending in the 245th District Court of Harris County, the Honorable Angela M. Lancelin presiding.